Deeves & Son. From a judgment for plaintiff, and from an order denying a new trial, defendant appeals. Reversed, and new trial ordered. See, also, 147 N. Y. Supp. 1101. Edward P. Mowton, of New York City, for appellant. Henry Waldman, of New York City, for respondent.

PER CURIAM. The verdict of the jury, in so far as it found that there had been any removal of the plank, was against the weight of evidence. The judgment and order appealed from are therefore reversed, and a new trial ordered, with costs to the appellant to abide the event.

---

BUCKLEY, Respondent, v. NEW YORK HOMEOPATHIC MEDICAL COLLEGE et al., Appellants. (Supreme Court, Appellate Division, First Department. June 26, 1914.) Action by John Buckley against the New York Homeopathic Medical College and others. S. P. Anderton, of New York City, for appellants. G. O. Redington, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

BUNCE v. HUMPHREY. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Albert A. Bunce against Charles F. Humphrey. No opinion. Motion granted. Questions certified. Order filed. See, also, 147 N. Y. Supp. 1101.

---

In re BURNETT. (Supreme Court, Appellate Division, Second Department. June 19, 1914.) In the matter of the application of Helen D. Burnett for the payment of award to parcel No. 2, in the matter of Van Alst avenue, etc., for a school site. No opinion. Francis J. Sullivan, Esq., appointed referee to take proof of the claims of the city as to tax liens against the fund, and report, with his opinion, to this court. The question of defraying the expenses of the reference is reserved until the coming in of the report. See, also, 161 App. Div. 886, 145 N. Y. Supp. 1115.

---

BUSH v. BUSH et al. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Action by Pine E. Bush against Marion E. Bush and others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 148 N. Y. Supp. 1108.

---

BUSH v. BUSH et al. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Pine E. Bush against Marion E. Bush and others. No opinion. Motion to dismiss appeal denied, without costs. Order filed. See, also, 148 N. Y. Supp. 1108.

---

BUSHBY v. BERKELEY. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by James C. Bushby against Lancelot M. Berkeley. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. For opinion below, see 85 Misc. Rep. 178, 148 N. Y. Supp. 121.

---

BUTLER v. ALTER et al. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Action by John F. Butler against Charles Alter and others. No opinion. Application denied, with $10 costs. Order signed. See, also, 139 N. Y. Supp. 882.

---

BUTLER, Appellant, v. TRANSIT DEVELOPMENT CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 26, 1914.) Action by George Butler against the Transit Development Company. No opinion. Judgment unanimously affirmed, with costs.

---

BUTTACAVOLI, Respondent, v. JAMES A. STEVENSON CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Adeline Buttacavoli, an infant, by Carlo Buttacavoli, her guardian ad litem, against the James A. Stevenson Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

BUTZGY, Appellant, v. SCHNEIDER et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 26, 1914.) Action by Ludwig Butzgy against Heinrich Schneider and others. No opinion. Judgment affirmed, with costs; but the finding of fact designated second, appearing at folio 53 of the record on appeal, is reversed and set aside, as being contrary to the evidence in the case.

---

CABONI, Appellant, v. GOTT, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by Michael Caboni against Fred A. Gott. No opinion. Motion granted, and appeal dismissed, with costs. See, also, 149 App. Div. 440, 134 N. Y. Supp. 337.

---

CAHILL, Respondent, v. BENZ AUTO IMPORT CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Margaret Cahill, as administratrix, etc., of Teresa Cahill, deceased, against the Benz Auto Import Company of America. No opinion. Judgment and order unanimously affirmed, with costs.

---

CAHILL, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 29, 1914.) Action by Mary D. Cahill against the Pennsylvania Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

ROBSON, J., dissents.

---

CALKINS, Respondent, v. HART, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by